IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JASON DUANE EMERY                                                              PLAINTIFF
ADC #510514

v.                              Case No. 4:18-cv-00636-KGB

STITH, SATP Supervisor,
Wrightsville Unit, *et al.*,                                                    DEFENDANT

## ORDER

The Court has received the Recommended Disposition submitted by United States Magistrate Judge Beth Deere (Dkt. No. 29). No objections have been filed, and the time for filing objections has passed. The Court adopts the Recommended Disposition as its findings in all respects (*Id.*). Accordingly, the Court grants defendants' motion for summary judgment on exhaustion and dismisses without prejudice plaintiff Jason Duane Emery's claims for failure to exhaust his administrative remedies (Dkt. No. 16).

So ordered this the 29th day of August 2019.

Kristine G. Baker
United States District Judge