IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JASON DUANE EMERY                                                                               PLAINTIFF
ADC #510514

v.                              Case No. 4:18-cv-00636-KGB

STITH, SATP Supervisor,
Wrightsville Unit, *et al.*,                                                                    DEFENDANT

## JUDGMENT

Consistent with the Order entered on this day, it is considered, ordered, and adjudged that this case is hereby dismissed without prejudice. The relief requested is denied.

So adjudged this 29th day of August 2019.

_____
Kristine G. Baker
United States District Judge